B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | | |
|---|---|---|---|
| **In Re** | Lisa Minnifield<br>aka Lisa Kay Minnifield<br>Debtor(s) | **Case No.** 12-33451<br><br>**Chapter 13** | |

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

**If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002-1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC As Serviced by Specialized Loan Servicing LLC | **Court claim no.** (if known): | 15-1 |
| **Last four digits** of any number you use to identify the debtor's account: | xxxxxx2052 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | | Dates Incurred | Amount |
|---|---|---|---|
| 1. Hazard Insurance (2015) | | 1 @ $689.00 incurred on 09/21/2015 | (1) $689.00 |
| **Total** | | | $689.00 |

**The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.**

B 10S2 (Supplement 2) (12/11)

### Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐   I am the creditor.

☒   I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

/s/ **Craig A. Edelman**
Signature

Date   10/22/2015

Print   **Craig A. Edelman**
      First Name    Middle Name    Last Name

Title   Authorized Agent for Specialized Loan Servicing LLC

Company   Buckley Madole, P.C.

Address   14841 Dallas Parkway, Suite 300
      Number          Street

      Dallas, Texas  75254
      City              State            ZIP Code

Contact phone   (972) 643-6600          Email   POCInquiries@bucklymadole.com

CERTIFICATE OF SERVICE OF NOTICE OF POST-PETITION MORTGAGE,
FEES, EXPENSES AND CHARGES

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before October 22, 2015.

**Debtor**  *Via U.S. Mail*
Lisa Minnifield
2903 Loganberry Park Lane
Houston, Texas 77014

**Debtors' Attorney**
Kenneth A Keeling
Keeling Law Firm
3310 Katy Freeway
Suite 200
Houston, TX  77007

**Chapter 13 Trustee**
David G. Peake
9660 Hillcroft,
Suite 430
Houston, Texas 77096-3856

**U.S. Trustee**
US Trustee
Office of the US Trustee
515 Rusk Ave.,
Ste. 3516
Houston, Texas  77002

Respectfully Submitted,

/s/ Craig A. Edelman