| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Lisa Minnifield |
| | aka Lisa Kay Minnifield |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern    District of    Texas (State) |
| Case number | 12-33451 |

Official Form 410S1

# Notice of Mortgage Payment Change                                              12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC As Serviced by Specialized Loan Servicing LLC

**Court claim no.** (if known): 15

**Last four digits** of any number you use to identify the debtor's account: 2052

**Date of payment change:** Must be at least 21 days after date of this notice: 04/01/2016

**New total payment:** Principal, interest, and escrow, if any $718.43

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $112.84          New escrow payment: $112.98

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate:            %          New interest rate:            %
   Current principal and interest payment $          New principal and interest payment: $

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
   Reason for change: _____
   Current mortgage payment: $          New mortgage payment: $

| Debtor 1 | Lisa  Minnifield | Case Number *(if known)* | 12-33451 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗   /s/ Natalie E. Lea                                   Date   02/29/2016
     Signature

Print:       Natalie E. Lea                              Title   Authorized Agent for Specialized Loan Servicing LLC
             First Name   Middle Name   Last Name

Company      Buckley Madole, P.C.

Address      14841 Dallas Parkway, Suite 300
             Number            Street

             Dallas, Texas  75254
             City            State            Zip Code

Contact phone   (972) 643-6600            Email   POCInquiries@BuckleyMadole.com

Certificate of Service

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on February 29th, 2016:

Debtor's Attorney Information
    Kenneth A Keeling
    Keeling Law Firm
    3310 Katy Freeway Suite 200
    Houston, TX  77007

Debtors Information
    Lisa Minnifield
    2903 Loganberry Park Lane
    Houston, Texas 77014

Chapter 13 Trustee Information
    David G. Peake
    9660 Hillcroft, Suite 430
    Houston, Texas 77096-3856

        Respectfully Submitted,

        /s/  Natalie E. Lea



8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129
1-800-315-4SLS (4757)

LISA MINNIFIELD
2903 LOGANBERRY PARK LN
HOUSTON TX 77014-1420

## ESCROW ACCOUNT DISCLOSURE STATEMENT

Loan Number:
Statement Date: 02/08/16
Customer Care Number: 1-800-315-4757
Hours:
Monday through Friday 6:00 am to 6:00 pm MT
SLS accepts calls from relay services on
behalf of hearing impaired borrowers

PROPERTY ADDRESS:
2903 LOGANBERRY PARK
HOUSTON, TX 77014

### ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY

LOAN NUMBER:                         October 2015 THRU September 2016             DATE: 02/08/16

PAST YEARS PAYMENT BREAKDOWN:   PRIN & INTEREST        622.95
                                ESCROW PAYMENT         112.84
                                TOTAL PAYMENT:         735.79

| MONTH | PAYMENTS TO ESCROW PROJECTED | PAYMENTS TO ESCROW ACTUAL | PAYMENTS FROM ESCROW PROJECTED | PAYMENTS FROM ESCROW DESCRIPTION | PAYMENTS FROM ESCROW ACTUAL | DESCRIPTION | ESCROW BALANCE REQUIRED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | STARTING BALANCE | 1241.25 | 1542.40 |
| Oct 15 | 112.84 * | 104.95 P | 0.00 |  | 0.00 |  | 1354.09 | 1647.35 |
| Nov 15 | 112.84 * | 104.95 P | 0.00 |  | 0.00 |  | 1466.93 | 1752.30 |
| Dec 15 | 112.84 * | 209.90 P | 402.77 | COUNTY TAXES | 442.97 * | COUNTY TAXES | 1177.00 | 1519.23 |
| Dec 15 |  |  | 642.76 | SCHOOL TAX | 563.33 | SCHOOL TAX | 534.24 | 955.90 |
| Dec 15 |  |  | 308.56 | WATER, IRRIGATI | 349.54 | WATER, IRRIGATI | 225.68 | 606.36 |
| Jan 16 | 112.84 * | 104.95 P | 0.00 |  | 0.00 |  | 338.52 | 711.31 LP |
| Feb 16 | 112.84 | 0.00 | 0.00 |  | 0.00 |  | 451.36 | 711.31 |
| Mar 16 | 112.84 | 0.00 | 0.00 |  | 0.00 |  | 564.20 | 711.31 |
| Apr 16 | 112.84 | 0.00 | 0.00 |  | 0.00 |  | 677.04 | 711.31 |
| May 16 | 112.84 | 0.00 | 0.00 |  | 0.00 |  | 789.88 | 711.31 |
| Jun 16 | 112.84 | 0.00 | 0.00 |  | 0.00 |  | 902.72 | 711.31 |
| Jul 16 | 112.84 | 0.00 | 0.00 |  | 0.00 |  | 1015.56 | 711.31 |
| Aug 16 | 112.84 | 0.00 | 0.00 |  | 0.00 |  | 1128.40 | 711.31 |
| Sep 16 | 112.84 | 0.00 | 0.00 |  | 0.00 |  | 1241.24 | 711.31 |
| TOTALS | 1354.08 | 524.75 | 1354.09 |  | 1355.84 |  |  |  |

(P) ACTUAL PAYMENTS TO ESCROW ARE DESIGNATED AS MONTHLY PAYMENTS.
(IOE) INTEREST PAYMENTS ON THE ESCROW BALANCE.
(*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE ANTICIPATED PAYMENTS TO OR FROM ESCROW AND THE ACTUAL PAYMENTS TO OR FROM ESCROW.
(E) INDICATES AN ESTIMATED PAYMENT.

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ESCROW ACCOUNT WOULD BE MADE DURING THIS PERIOD EQUALING $1354.09. UNDER FEDERAL LAW, YOUR ACTUAL LOWEST MONTHLY BALANCE (LP) SHOULD NOT HAVE EXCEEDED $225.68 OR 1/6 OF THE ANTICIPATED PAYMENTS FROM YOUR ESCROW ACCOUNT UNLESS YOUR MORTGAGE DOCUMENTS OR STATE LAW SPECIFIES A LOWER AMOUNT. YOUR ACTUAL LOWEST ESCROW BALANCE WAS $711.31.
THE INFORMATION PROVIDED DOES NOT REQUIRE ANY ACTION ON YOUR PART. IF YOU HAVE ANY QUESTIONS, PLEASE CALL OUR TOLL FREE NUMBER 1-800-315-4757.

### ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS

LOAN NUMBER:                         April 2016 THRU March 2017                DATE: 02/08/16

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
Please retain this statement for comparison with the actual activity in your account at the end of the next escrow accounting computation year.

-------PROJECTED ESCROW DISBURSEMENTS-------
COUNTY TAXES       442.97
SCHOOL TAX         563.33
WATER, IRRIGATI    349.54

TOTAL PROJECTED ESCROW DISBURSEMENTS:    1355.84   ESCROW PAYMENT CALCULATION:   1355.84 / 12 = 112.98

AS OF THE EFFECTIVE DATE, THE CURRENT ESCROW ACCOUNT BALANCE IS $711.31. YOUR ESCROW BALANCE SHOULD BE $1388.35. THE DIFFERENCE BETWEEN THESE TWO AMOUNTS IS $677.04. HOWEVER, THE FOLLOWING PROJECTION ASSUMES THE ESCROW BALANCE IS WHAT IT SHOULD BE $1388.35.

*THIS PROJECTION ASSUMES THAT YOUR ACCOUNT IS CURRENT ALTHOUGH THIS IS NOT THE CASE. SINCE YOUR ACCOUNT IS NOT CURRENT, THE PROJECTED SURPLUS DOES NOT APPLY.

(Continued on Reverse side of Page)

2803 LOGANBERRY PARK
HOUSTON, TX 77014

NAME: Lisa Minnifield

Continue of Account:
For ESCROW DISCLOSURE STATEMENT

| MONTH | TO ESCROW | FROM ESCROW | PROJECTED PAYMENTS DESCRIPTION | ESCROW BALANCE REQUIRED | PROJECTED |
|---|---|---|---|---|---|
|  |  |  | STARTING BALANCE | 564.98 | 1388.35 |
| Apr 16 | 112.98 | 0.00 |  | 677.96 | 1501.33 |
| May 16 | 112.98 | 0.00 |  | 790.94 | 1614.31 |
| Jun 16 | 112.98 | 0.00 |  | 903.92 | 1727.29 |
| Jul 16 | 112.98 | 0.00 |  | 1016.90 | 1840.27 |
| Aug 16 | 112.98 | 0.00 |  | 1129.88 | 1953.25 |
| Sep 16 | 112.98 | 0.00 |  | 1242.86 | 2066.23 |
| Oct 16 | 112.98 | 0.00 |  | 1355.84 | 2179.21 |
| Nov 16 | 112.98 | 0.00 |  | 1468.82 | 2292.19 |
| Dec 16 | 112.98 | 442.97 | COUNTY TAXES | 225.96 | 1049.33 |
| Dec 16 |  | 563.33 | SCHOOL TAX |  |  |
| Dec 16 |  | 349.54 | WATER, IRRIGATI |  |  |
| Jan 17 | 112.98 | 0.00 |  | 338.94 | 1162.31 |
| Feb 17 | 112.98 | 0.00 |  | 451.92 | 1275.29 |
| Mar 17 | 112.98 | 0.00 |  | 564.90 | 1388.27 |
| TOTALS | 1355.76 | 1355.84 |  |  |  |

CUSHION SELECTED BY SERVICER: 225.96

THIS PROJECTION ASSUMES THAT YOUR ESCROW ACCOUNT WAS CURRENT AT THE START OF THE PROJECTED PERIOD. HOWEVER, YOUR ESCROW ACCOUNT IS NOT CURRENT. YOUR ESCROW BALANCE SHOULD BE $1388.35, BUT YOUR CURRENT ESCROW BALANCE, AS OF THE EFFECTIVE DATE IS $711.31.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

BELOW IS YOUR NEW MONTHLY PAYMENT BREAKDOWN FOR THE NEXT 12 MONTHS EFFECTIVE 04/01/16

| PRIN & INTEREST | 605.45 |
| ESCROW PAYMENT | 112.98 |
| TOTAL | 718.43 |

## Escrow Overview

If you have an escrow account, it means that part of your monthly mortgage payment goes into an account to pay for your property taxes and/or insurance premiums. During the year, payments are made from your escrow account when tax and/or insurance bills become due. The Escrow Account Disclosure Statement shows how much money has been credited to and paid from the escrow account over the last 12 months. Additionally, both the projected and required balances are compared to insure that we are collecting the appropriate amount.

If there is too much money in your escrow account (a surplus), and your loan payments are current, we will credit you as follows: *

- Surplus of $50.00 or more- a refund check is attached to this statement
- Surplus of less than $50.00-your monthly payments are lowered accordingly

*If your property is in MD or NV and you have a surplus in your escrow account. The guidelines above will automatically be followed. However, you may select one of the following options for handling your surplus: 1) you may request a refund of the surplus regardless of the amount, 2) you may apply the surplus toward a loan payment or 3) you may leave the surplus in your escrow account.

If there is too little money in your escrow account (a shortage), we will adjust your payment to make up the difference. Increases in your property taxes or insurance premiums are the most common cause of a shortage in your escrow account. The shortage will be adjusted by (1/12) of the shortage amount and added to your monthly payment unless the full shortage is paid within 30 days. If you pay the shortage in full, please send a written request for a new escrow analysis. A new analysis with updated payment information will be sent to you.

If you are being notified of an escrow shortage and monthly payment increase and are unable to afford your new monthly payment, please contact Customer Care immediately at 1-800-315-4757, Monday through Friday, 8:00 a.m. until 5:00 p.m. MT. There may be other options available to assist you.

BANKRUPTCY NOTICE - IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO ADVISE YOU OF THE STATUS OF YOUR MORTGAGE LOAN. THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. HOWEVER, IT MAY BE A NOTICE OF POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY. IF YOU HAVE QUESTIONS, PLEASE CONTACT US AT 1-800-306-6057.